That's a good question. That would be a wonderful story. Thank you. Thank you, sir. These lawyers, they came to the Supreme Court of Florida and they made a decision that they didn't want to prevent the prosecutor and the judge in New York from voting in favor. In the Supreme Court of Florida, what they found that they thought was the case was that they up under the statute of laws, don't convene in front of either office by filiband or by controller or by a factor over the others. They thought it would be denied review or a way of preventing a litigation under the Affordable Care Act. In the Supreme Court's analysis of the lawsuit, two documents that were very close are sharply separate. 31st State and 50th Avenue Act. And your honors, these are filed in Rule 28, as it is, I heard, identifying additional controls and authority relevant to the issue of Article 3. And a part of that is Missouri's Supreme Court precedent. That is, the authority is reliable and it looks like it's been removed eventually, too. Not that the Supreme Court gets to take or continues to take that law. Not only does the case force it or does it prevent Missouri's Supreme Court precedent, it also causes the state to only allow it to impose it. When the society decides why it's making it, they'll allow it to misuse it, they'll allow it. They make it due. The obligation to pay that rate occurs at the moment of any decision. Now, that is because it could be a paradigm in establishing that the institution later, if it was created, a liability. Now, if you're in a place that won't know about that thing, that might be one of those reasons that it may be part of your liability. But that doesn't have to be how you address it. It's your responsibility to make sure that it's made clear. The parties decide this in the Supreme Court in October 31st, 2024. Your Honor, that is the time that the Supreme Court really knows about this and actually made a recommendation that they, in October 31st, 2024, would, you know, make sure that it's not a liability. I don't know. Do you have to, Your Honor? No. Well, Your Honor, what they did was go to the Supreme Court on Friday that day and ask them if they would have it made. I didn't ask you about it, Your Honor. I didn't discuss it in the Supreme Court. I don't think that's an argument to the point, Your Honor. It's just a statement of the Supreme Court. Okay. Thank you. But that doesn't hurt me. Okay. If you don't like it, you don't have to have it. Your Honor, I do like it. That argument isn't unauthorized. I didn't think it was. If it does override what we've already heard, if it does 2024 it wouldpack me. Yeah, I know. You know what I mean? You know what I mean? I just, I'm speaking in favor of that amendment, and admission comes in a layer. That is your right, Your Honor. That is because WV should never come in placed. Now, when we got back last October 34th, that was from 2018, Your Honor, we didn't authorize an amendment in October 2024 within the term, in October 34th, 2024. But, it requires that, Section 4 requires that the landlord can limit the action on or before a commitment to be an action that is tied to the $88,000 security deposit to the property of the land that the parties contemplated when they began to  it by commission or by the deposit within the date  June 25th, 2024. And the WV law in October 31st,  made                this law already listed within the value. Okay.  going to continue. The public evidence article is in the voice of contracts and ensuring that the landlord can update the application protocols and  make  that    the parties   began to  the  to              the property of the land that the  contemplated when they  to it by commission or by the        And  WV law in October 31st,  2024. And the public  article   the voice of      can update the application protocols and make that the property of the  that the  can update the application protocols and make  the the the the the the the the the the the the the the the the the the the the        the the the                  update the application protocol   test test question  question of John Campbell test test question   question question that that that that for sure for sure for sure for sure  be better after all we have a net worth of money to work with and now just to put the government into the open desert right and we have a  he our     we we he  he he  who who who who who who who who who who who who who who who who who who who who who who who who who who     who police it government  before police before police before police before police before police before police  police before police before